SHAW, P. J. (Concurring.)
I concur, but I agree to the holding that the power of the court to act on an application for relief from a bail forfeiture continues after the expiration of ninety days from the forfeiture, only in so far as it applies to a case whefie money deposited in lieu of bail has been forfeited. As to such a case, I agree that there is nothing in the law to cut off at the end of ninety days the power of the court to act on such an application. But where the forfeiture of a bail bond is in question, the provisions of section 1463 of the Penal Code which are relied on as extending the time do not apply, and section 1306 of the same code, as amended in 1927, must be considered and construed with section 1305. When this is done, the provisions of section 1306 for entering judgment on a forfeited bail bond on the ninety-first day after a forfeiture may perhaps be regarded *Supp. 747 as ending at that time the power of the court to set aside the forfeiture. This question is not now before us, but if it should be presented, this decision should not be regarded as determinative of it.